DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY MARC SISKIND,**
Appellant,

v.

**ZOKAITES PROPERTIES, LP** and **TALAVERA ASSOCIATION, INC.,**
Appellees.

No. 4D2026-1007

[July 1, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sara Alijewicz, Judge; L.T. Case No. 502021CC009447XXXXWB.

Jeffrey Marc Siskind, Wellington, pro se.

Ryan Michael Aboud of Ryan M. Aboud, P.A., Boca Raton, for appellee Talavera Association, Inc.

No appearance for appellee Zokaites Properties, LP.

**ON CONFESSION OF ERROR**

PER CURIAM.

Jeffrey Marc Siskind appeals from the county court's order granting the motion to adjudicate Siskind as a vexatious litigant and the subsequent order clarifying the same pursuant to section 68.093, Florida Statutes (2026). Talavera Association, Inc. filed a confession of error conceding that the orders entered without a hearing violated due process. We agree.

Based on the proper confession of error, we reverse the county court's orders and remand for further proceedings.

*Reversed and remanded.*

MAY, CONNER and SHAW, JJ., concur.

\*     \*     \*

*Not final until disposition of timely-filed motion for rehearing.*